Certificate Number: 03006-NV-CC-011895189



03006-NV-CC-011895189

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 5, 2010, at 12:46 o'clock PM PDT, Phillip C Diaz received from Consumer Credit Counseling Service of Southern Nevada and Utah, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: August 5, 2010    By: /s/Ellen McCurdy

Name: Ellen McCurdy

Title: Certified Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 03006-NV-CC-011791020



03006-NV-CC-011791020

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 27, 2010, at 4:36 o'clock PM PDT, Rebecca J. Diaz received from Consumer Credit Counseling Service of Southern Nevada and Utah, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:  July 27, 2010                    By:    /s/Veronica Pantoja

                                        Name:  Veronica Pantoja

                                        Title: Certified Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).